# First District Court of Appeal
## State of Florida

———————————————

No. 1D18-323

———————————————

TONY DWAINE JONES,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

———————————————

On appeal from the Circuit Court for Union County.
Aymer L. Curtin, Judge.

August 8, 2019

PER CURIAM.

AFFIRMED.

RAY, C.J., LEWIS, J., and SHARRIT, MICHAEL S., ASSOCIATE JUDGE, concur.

———————————————

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

———————————————

M. Stephen Stanfield, Ponte Vedra Beach, for Appellant.

Ashley Moody, Attorney General, and Tabitha Herrera, Assistant Attorney General, Tallahassee, for Appellee.